IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, §<br>Plaintiff, §<br>and §<br>§<br>MICHELLE PRITCHARD, §<br>Plaintiff-Intervenor, §<br>v. §<br>§<br>BIG LOTS STORES, INC., §<br>Defendant. § | § § § § § § § § § § § § § | CIVIL ACTION NO. 9:08-cv-00177 |

JOINT MOTION TO APPROVE AND ENTER A
CONSENT DECREE IN RESOLUTION OF SUIT

The Plaintiff, Equal Employment Opportunity Commission, Plaintiff-Intervenor Michelle Pritchard and Defendant Big Lots Stores, Inc. jointly move this Court to approve and enter the attached Consent Decree in this lawsuit. In support of this motion, the Commission and Defendant (the "parties") jointly represent to this Court the following:

1. The parties are desirous of resolving the issues raised in the Commission's complaint in Civil Action No. 9:08-cv-00177 without the burden, expense and delay of further litigation.

2. The parties waive trial, briefs, arguments, and findings of fact and conclusions of law on those issues resolved through this Consent Decree.

3. The policies of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq. will be effectuated by entry of the attached Consent Decree.

4. This Consent Decree is intended to and does resolve the issues raised in the Commission's complaint in Civil Action No. 9:08-cv-00177.

5. This Consent Decree shall not in any way be construed as an admission of liability by any party hereto or an admission against interest by any party hereto.

WHEREFORE, the parties jointly request that this court approve the attached Consent Decree in this lawsuit.

Respectfully Submitted,

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Rudy L. Sustaita*<br>Rudy L. Sustaita<br>Attorney in Charge for Plaintiff<br>State Bar No. 19523560<br>Equal Employment Opportunity Commission<br>1919 Smith Street, 7th Floor<br>Houston, Texas 77002<br>Telephone:  713.209.3400<br>Facsimile:  713.209.3402<br>E-Mail:  rudy.sustaita@eeoc.gov<br>Counsel for Plaintiff EEOC | */s/ James E. Davidson (signed w/permission)*<br>James E. Davidson (Ohio Sup. Ct. No. 0024534) (Admitted *Pro Hac Vice*)<br>Amanda L. Wickline (Ohio Sup. Ct. No. 0076807) (Admitted *Pro Hac Vice*)<br>SCHOTTENSTEIN ZOX & DUNN CO., LPA<br>250 West Street<br>Columbus, Ohio 43215-2538<br>Telephone: 614.462.2700<br>Facsimile:  614.462.5135<br>E-Mail:  jdavidson@szd.com<br>E-Mail:  awickline@szd.com<br>Counsel for Defendant Big Lots Stores, Inc. |

For Plaintiff-Intervenor:

*/s/ Charles R. Dendy (signed w/permission)*
Charles R. Dendy
State Bar No. 05737700
109 North Second Street
Lufkin, Texas  75901
Telephone:  936.639.2388
Facsimile:  936.639.2370
E-Mail:  cdendy-attorney@consolidated.net
Counsel for Plaintiff-Intervenor Michelle Pritchard